## BRUNO *v.* PENNSYLVANIA

No. 205. Argued December 14, 1970—Decided January 12, 1971

*Daniel L. Quinlan, Jr.,* argued the cause and filed a brief for petitioner.

*Milton O. Moss* argued the cause and filed a brief for respondent.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.